**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Rodney K. JUSTIN, Defendant–
Appellant.**

No. 12–8043.

United States Court of Appeals,
Fourth Circuit.

Submitted: Feb. 21, 2013.

Decided: Feb. 26, 2013.

Rodney K. Justin, Appellant Pro Se. Katie Bagley, Frank Phillip Cihlar, Gregory Victor Davis, United States Department of Justice, Washington, D.C., for Appellee.

Before AGEE and DAVIS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM:

Rodney K. Justin seeks to appeal the magistrate judge's order denying his request for certain records pertaining to his 28 U.S.C. § 2255 motion. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545–46, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order Justin seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED.*